UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  **5:20-cv-01810-CJC (MAA)**     Date:  **April 6, 2021**

Title  **William Roberts v. Gavin Newsom et al.**

Present:  The Honorable MARIA A. AUDERO, United States Magistrate Judge

| James Muñoz | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings (In Chambers):**     Order to Show Cause Why This Case Should Not Be Dismissed for Want of Prosecution

On February 11, 2021, the Court issued an Order Dismissing Complaint With Leave to Amend ("Order"). (Order, ECF No. 21.) The Court ordered Plaintiff William Roberts ("Plaintiff") to, no later than **March 15, 2021**, either file a First Amended Complaint ("FAC") that addresses the deficiencies set forth in the Order, or advise the Court that Plaintiff does not intend to pursue this lawsuit further and will not file a FAC. (*Id*. at 4–5.) The Court explicitly cautioned Plaintiff that "**failure to comply with this order [would] result in a recommendation that the lawsuit be dismissed without prejudice for failure to prosecute and/or comply with court orders**. *See* **Fed. R. Civ. P. 41(b); C.D. Cal. L.R. 41-1.**" (*Id*. at 5.)

To date, Plaintiff has filed neither a FAC nor a Notice of Dismissal of the action. (A Notice of Dismissal form is attached to this order.) Plaintiff is **ORDERED TO SHOW CAUSE** by **May 6, 2021** why the Court should not recommend that the case be dismissed for want of prosecution. *See* Fed. R. Civ. P. 41(b); C.D. Cal. L.R. 41-1. If Plaintiff files a FAC or a Notice of Dismissal on or before that date, this Order to Show Cause will be discharged, and no additional action need be taken.

**Plaintiff is advised that failure to comply with this order will result in a recommendation that the lawsuit be dismissed for failure to prosecute and/or comply with court orders**. *See* **Fed. R. Civ. P. 41(b); C.D. Cal. L.R. 41-1.**

It is so ordered.

Attachment: Notice of Dismissal