JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM ROBERTS, <br><br> Plaintiff, <br> v. <br><br> GAVIN NEWSOM et al., <br><br> Defendants. | Case No. 5:20-cv-01810-CJC (MAA) <br><br> **JUDGMENT** |

Pursuant to the Order of Dismissal filed herewith,

IT IS ADJUDGED that the above-captioned case is dismissed without prejudice.

DATED: June 4, 2021

HON. CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE